IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 SEP 21  P 4:31

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:05CR 231-W |
| | ) | (18 U.S.C. 641) |
| v. | ) | |
| | ) | |
| MEGAN R. CARABALLO | ) | INFORMATION |
| | ) | |
| | ) | |

The United States Attorney charges that:

On or about the 13th of June 2005, at Fort Rucker, Alabama, in the Middle District of Alabama, MEGAN R. CARABALLO, did knowingly steal, purloin, conceal and retain, with intent to convert to her use or use of another, property of the United States Government, valued at $1,000.00 or less, to wit: one (1) bottle of Vera Wang perfume and one (1) bottle of Ralph Lauren perfume in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*/s/ Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*/s/ Sean P. Tarantino*
SEAN P. TARANTINO
SPECIAL ASSISTANT U.S. ATTORNEY
IL BAR NO. 6279909
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | )   AFFIDAVIT |
| DALE COUNTY | ) |

The undersigned, being duly sworn, deposes and says:

I am a Military Police officer at Fort Rucker, Alabama. Investigation revealed that, on the 13th of June 2005, at approximately 6:35 pm, MEGAN R. CARABOLLO stole two (2) bottles of perfume from building 9214, the Fort Rucker Main Post Exchange (PX), Fort Rucker, Alabama. MEGAN R. CARABALLO was observed by Linda Scott, an employee of the PX, putting something (subsequently determined to be perfume) in her purse. MEGAN R. CARABALLO was later observed entering the ladies dressing room with a white perfume box and two blouses in her hand. Upon exiting the dressing room, MEGAN R. CARABOLLO placed the perfume box back on the shelf. This box was inspected by Linda Scott who discovered that the box was empty. MEGAN R. CARABOLLO exited the Post Exchange without rendering proper payment for the two bottles of perfume. Upon being detained, she surrendered one bottle of Vera Wang perfume and one bottle of Ralph Lauren perfume. MEGAN R. CARABALLO was apprehended, taken to the MP station, advised of her rights, which she invoked. She was further processed, and released.

_____
ANTHONY W. DUCHENE
PFC, MP
U.S. Army

Subscribed and sworn (or affirmed) before me this, the __31__ day of __Aug.__ 2005.

_____
NOTARY PUBLIC
My commission expires: _November 19, 2005_