| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: November 8, 2005 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:256 - 10:30 |
| | Tape #5059    1175 - 1352 |

√ ARRAIGNMENT         ❐ CHANGE OF PLEA         ❐ CONSENT PLEA
❐ RULE 44(c) HEARING         ❐ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker         **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:05cr231-W         **DEFENDANT NAME:** Megan R, Caraballo
**AUSA:** Sean Tarantino         **DEFENDANT ATTORNEY:** Donnie Bethel

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**

√ Financial Affidavit executed.       ORAL MOTION for appointment of Counsel.

√ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.

❐ **WAIVER OF INDICTMENT** executed and filed.

❐ **INFORMATION** filed.

❐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**      √ Not Guilty

  ❐ Guilty as to:

    ❐ Count(s):

    ❐ Count(s):         ❐ dismissed on oral motion of USA

            ❐ to be dismissed at sentencing

❐ Written plea agreement filed    ❐ **ORDERED SEALED**

❐ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.

√ CRIMINAL TERM:  **January 23, 2006**         √ WAIVER OF SPEEDY TRIAL filed.

     DISCOVERY DISCLOSURE DATE:   November 8, 2005

❐ **ORDER:** Defendant continued under ❐ same bond; ❐ summons; for:

    ❐ Trial on _____; ❐ Sentencing on _____

❐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

    ❐ Trial on _____; or ❐ Sentencing on _____

❐ Rule 44 Hearing:  ❐ Waiver of Conflict of Interest Form executed

      ❐ Defendant requests time to secure new counsel