IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:05-cr-231-W |
| | ) | |
| MEGAN R. CARABALLO | ) | |

NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, Megan R. Caraballo, in the above-styled case.

Dated this 10th day of November 2005.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:05-cr-231-W |
| ) | |
| MEGAN R. CARABALLO ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brun son, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104, and Sean P. Tarantino, Special Assistant U.S. Attorney, Office of the Staff Judge Advocate, Soldier Service Center, Building 5700, Fort Rucker, AL 36362.

                            Respectfully submitted,

                            s/ Donnie W. Bethel
                            DONNIE W. BETHEL
                            Assistant Federal Defender
                            201 Monroe Street, Suite 407
                            Montgomery, Alabama 36104
                            Phone: (334) 834-2099
                            Fax: (334) 834-0353
                            E-mail: don_bethel@fd.org
                            IN Bar Code: 14773-49