IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:05cr231-W |
| | ) | WO |
| MEGAN R. CARABALLO | ) | |

**<u>ORDER ON MOTION</u>**

This cause is currently pending before the court on a Motion to Continue filed by the defendant, MEGAN R. CARABALLO, on March 9, 2006. The motion seeks a continuance of the trial currently set for March 20, 2006.

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Warren</u>, 772 F.2d 827, 838 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. § 3161(c)(1). <u>See</u> <u>United States v. Vasser</u>, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

The court concludes upon the pleadings and its knowledge of this case that the ends of justice will be served by continuing this case, as defendant is seeking pretrial diversion.

Accordingly, it is hereby ORDERED that the Motion to Continue filed by defendant MEGAN R. CARABALLO, be GRANTED. This case is reset on the trial term commencing May 15, 2006 at 10:00 a.m. in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 13th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE