## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:05cr231-SRW** |
| | ) | |
| **MEGAN R. CARABALLO** | ) | |

### THIRD UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **MEGAN R. CARABALLO**, by undersigned counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves this Court for an Order continuing this matter from the May trial term.  In support of this motion, the Defendant would show the following:

1.      On January 3, 2006, Defendant submitted a  request for pretrial diversion.  This case was continued from both the January and the March trial terms while the Government continued to process that request.

2.      The processing of that request is nearly complete, but will not be completed in time for Assistant United States Attorney Kent Brunson to dismiss the information prior to the scheduled date of jury selection, which is now set for May 15, 2006.  Defendant and the Government anticipate that this will be the last continuance necessary to resolve this case.

3.      Capt Ashlea Holt, the Special Assistant United States Attorney assigned to this case, concurs with Defendant's motion.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 2nd day of May 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Case No.: 1:05cr231-SRW** |
| | ) | |
| MEGAN R. CARABALLO | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2006,  I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Assistant U.S. Attorney
One Court Square, Suite 201
Montgomery, Alabama  36104

and

Capt Ashlea Holt, Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, AL 36362.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49