UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No.: 1:05cr231-DRB |
| V. | ) |
| | ) |
| MEGAN R. CARABALLO | ) |
| | ) |
| | ) |
| | ) |
| | ) |

MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information heretofore filed in the above styled cause to MEGAN R. CARABALLO, on the following grounds, to wit: IN THE INTEREST OF JUSTICE.

Respectfully submitted this the 13th day of JULY 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Nathan T. Golden
NATHAN T. GOLDEN
VA Bar No.: 48323
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
(334) 255-9141

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2006, I electronically filed there foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Donnie W. Bethel, Attorney for Megan R. Caraballo.

        Respectfully submitted,

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY

        /s/ Nathan T. Golden
        NATHAN T. GOLDEN
        Special Assistant United States Attorney
        Soldier Service Center, Bldg. 5700
        Fort Rucker, Alabama 36362
        Telephone: (334) 255-9141
        Fax: (334) 255-1869