UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
) Case No.: 1:05cr231-DRB
V. )
)
MEGAN R. CARABALLO )
)
)
)
)

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Information heretofore filed in the above styled cause to MEGAN R. CARABALLO, on the following grounds, to wit: IN THE INTEREST OF JUSTICE.

Respectfully submitted this the 13th day of JULY 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Nathan T. Golden
NATHAN T. GOLDEN
VA Bar No.: 48323
Office of the Staff Judge Advocate
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
(334) 255-9141

# MOTION GRANTED

THIS 13TH DAY OF July, 20 06

UNITED STATES MAGISTRATE JUDGE